[829 NE2d 665, 796 NYS2d 573]

JOHN SLATE, Respondent, v SCHIAVONE CONSTRUCTION COMPANY, Appellant.

Decided March 29, 2005

**APPEARANCES OF COUNSEL**

*Wilson, Elser, Moskowtiz, Edelman & Dicker LLP*, New York City (*Richard E. Lerner* of counsel), for appellant.

*Cascione Purcigliotti & Galluzzi, P.C.*, New York City (*Thomas G. Cascione* of counsel), for respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be reversed, with costs, defendant's motion to dismiss the complaint granted and the certified question answered in the negative. In view of the extreme lack of diligence shown by plaintiff, and the long delay (more than a year and a half after running of the statute of limitations) before defendant received any notice of the action, the courts below abused their discretion in granting plaintiff an extension to serve defendant "in the interest of justice" pursuant to CPLR 306-b (*see Leader v Maroney, Ponzini & Spencer*, 97 NY2d 95, 105-106 [2001]).

Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH concur in memorandum.

On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order reversed, etc.